```
1  LAWRENCE J. GORNICK, ESQ. (SBN 136290)
   EMILY CHARLEY, ESQ. (SBN 238542)
2  LEVIN SIMES KAISER & GORNICK LLP
   One Bush Street, 14th Floor
3  San Francisco, California 94104
   Telephone    (415) 646-7160
4  Facsimile    (415) 981-1270
5
   Attorneys for Plaintiff
6
7
8                 UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10
11 LINDA TOMBLIN,                    )  Case No. C 06 1775 MMC
                                     )
12        Plaintiff,                 )  NOTICE OF VOLUNTARY
                                     )  DISMISSAL
13        vs.                        )
                                     )
14                                   )  HON. MAXINE M. CHESNEY
   ASTRAZENECA PHARMACEUTICALS,      )
15 L.P., ASTRAZENECA, L.P., JOHNSON &)
   JOHNSON COMPANY, AND JANSSEN      )
16 PHARMACEUTICA PRODUCTS, L.P. A/K/A)
   JANSSEN, L.P., A/K/A JANSSEN      )
17 PHARMACEUTICA, L.P., A/K/A JANSSEN)
   PHARMACEUTICA, INC.,              )
18                                   )
19        Defendants.                )
                                     )
20
21
          NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff voluntarily
22
   dismisses the above-captioned action without prejudice.
23
24 Dated: March 29, 2006             LEVIN SIMES KAISER & GORNICK LLP
25
26                                   Emily Charley
                                     Attorneys for Plaintiff
27
28 Dated: March 31, 2006
```

IT IS SO ORDERED
Judge Maxine M. Chesney

VOLUNTARY DISMISSAL                                               PAGE 1